**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 APR -9  PM 4:38

DEPUTY CLERK_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 1:13-CR-03-P (01) |
| | ) | |
| LEROY GREAM | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

**LEROY GREAM**, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261

(5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of

guilty to the Indictment.  After cautioning and examining **LEROY GREAM**  under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offenses charged are supported by an independent

basis in fact containing each of the essential elements of such offense.  I therefore recommend

that the plea of guilty be accepted and that **LEROY GREAM** be adjudged guilty and have

sentence imposed accordingly.

Date:  April _9_, 2013.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).